# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jerry Allen Bailey,

       Plaintiff(s),                   JUDGMENT IN A CIVIL CASE

vs.                                     3:05-cv-505/3:94CR111

USA,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/6/05 Order.

Dockets.Justia.com

**Signed: December 9, 2005**

Frank G. Johns, Clerk
United States District Court