# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jerry Allen Bailey,

    Plaintiff(s),          JUDGMENT IN A CIVIL CASE

vs.         3:05-cv-505/3:94CR111

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/6/05 Order.

**Signed: December 9, 2005**

Frank G. Johns, Clerk
United States District Court